## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTH EASTERN DIVISION

| | | |
|---|---|---|
| Bernard McKay, on behalf of himself, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSIONS PRO HAC VICE** |
| vs. | ) ) | |
| Gary D. Tharaldson, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| Tharaldson Motels, Inc., Employee Stock Ownership Plan, | ) ) ) | Case No. 3:08-cv-113 |
| Nominal Defendant. | ) | |

Before the court are Defendant Gary D. Tharaldson's motions for attorneys Casie D. Collignon, John B. Moorhead, and Paul S. Enockson to appear *pro hac vice* on his behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Casie D. Collignon, John B. Moorhead, and Paul S. Enockson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Clerk.  Accordingly, the motions (Docket Nos. 6,7, and 8 ) are **GRANTED**.  Attorneys Casie D. Collignon, John B. Moorhead, and Paul S. Enockson are admitted to practice before this court in the above-entitled action on behalf of Defendant Gary D. Tharaldson.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2009.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr.
                                               United States Magistrate Judge